Donald A. WITT, Respondent,

v.

Jo Ellen WITT, Appellant.

No. WD 54051.

Missouri Court of Appeals,
Western District.

March 3, 1998.

Thomas E. Hankins, Gladstone, for appellant.

Abe Shafer, Weston, for respondent.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

**ORDER**

PER CURIAM:

Jo Ellen Witt appeals from a judgment in the Circuit Court of Platte County dissolving her marriage to Donald A. Witt. Perceiving no jurisprudential value in a published opinion, we enter this summary order. The par-

ties have been provided with a memorandum opinion explaining our decision.

The judgment is affirmed. Rule 84.16(b).

Everett TAYLOR, et ux., Appellant,

v.

Wayne SEAMAN, et ux., Respondent.

No. WD 54025.

Missouri Court of Appeals,
Western District.

March 3, 1998.

Charles R. Willis, St. Louis, for appellant.

N. William Phillips, Phillips & Spencer, Milan, for respondent.

Before ELLIS, P.J., ULRICH, C.J., and RIEDERER, J.

**ORDER**

PER CURIAM:

Everett and Brenda Taylor appeal from a summary judgment entered by the Circuit Court of Sullivan County. Perceiving no jurisprudential value in a published opinion, we enter this summary order. The parties have been provided with a memorandum opinion explaining our decision.

The judgment is affirmed. Rule 84.16(b).